UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DORCAS ABAYOMI,

              Plaintiff,                    Case Number 24-13035

v.                                           Honorable David M. Lawson

OAKLAND COUNTY,

              Defendant.

_____/

**JUDGMENT**

    In accordance with the order entered on this date, it is **ORDERED AND ADJUDGED**

that the case is **DISMISSED WITH PREJUDICE**.

                                          s/David M. Lawson
                                          DAVID M. LAWSON
                                          United States District Judge

Dated:   June 4, 2025